IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FARMA-TEK ILAC SAN. VE TIC LTD. STI | : | CIVIL ACTION |
| v. | : | |
| DERMIK LABORATORIES, SANOFI-AVENTIS LLC USA, SANOFI-AVENTIS U.S. INC. | : | NO. 09-3705 |

### **ORDER**

AND NOW, this 31st day of March, 2011, defendants Dermik Laboratories, sanofi-aventis USA LLC, and sanofi-aventis U.S. Inc.'s "Alternative Motion to Dismiss for *Forum Non Conveniens*" (doc. no. 8) is granted; and defendants' "Motion to Dismiss Plaintiff's First Amended Complaint" (doc. no. 7) is denied as moot. This order is conditioned on the following: 1. that defendants persist in submitting to a Turkish court of competent jurisdiction; 2. that the Turkish court continues to exercise jurisdiction; and 3. that defendants stipulate to produce in Turkey witnesses and documents under their control in Pennsylvania. If these conditions, or any of them, are not complied with, this action may be reinstated here. This court shall retain supervision of the enforcement of this order and its provisions.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.